DECISIONS ANNOUNCED WITHOUT OPINIONS DURING THE TIME COVERED BY THIS VOLUME.

No. 342. MILBURN GIN AND MACHINE COMPANY *v.* GERMAN BANK. Error to the Supreme Court of the State of Tennessee. Motions to dismiss or affirm. Submitted January 30, 1899. Decided February 27, 1899. *Per Curiam.* Dismissed on the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Missouri Pacific Railway Company* v. *Fitzgerald,* 160 U. S. 556; *Egan* v. *Hart,* 165 U. S. 188, and other cases. *Mr. C. W. Metcalf* for motions. *Mr. William M. Randolph* opposing.

No. 121. NORTHERN PACIFIC RAILROAD COMPANY *v.* LYNCH. Error to the United States Circuit Court of Appeals for the Ninth Circuit. Submitted January 11, 1899. Decided February 27, 1899. Judgment affirmed with costs and cause remanded to the Circuit Court of the United States for the District of Montana. *Mr. William Wallace, Jr.,* for plaintiff in error. *Mr. John B. Clayberg* for defendant in error.

No. 90. GILBERT, RECEIVER, *v.* WASHINGTON BENEFICIAL ENDOWMENT ASSOCIATION. Appeal from the Court of Appeals of the District of Columbia. Argued January 24 and 25, 1899. Decided March 6, 1899. *Per Curiam.* Dismissed on the authority of *Lodge* v. *Twell,* 135 U. S. 232; *McGourkey* v. *Toledo and Ohio Central Railway Company,* 146 U. S. 536, and cases cited. *Mr. Thomas M. Fields* and *Mr. Henry D. Hotchkiss* for appellant. *Mr. A. A. Lipscomb, Mr. S. F. Phillips, Mr. Frederic D. McKenney, Mr. James E. Padgett* and *Mr. Edwin Forrest* for appellees.